**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Magdalene A. Grant, | ) | Case No. 26-70161 |
| Fka Magdalene A. Green, | ) | Chapter 7 |
| Debtor | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| Magdalene A. Grant, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No. |
| | ) | |
| v. | ) | |
| | ) | |
| Credit Corp Solutions, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 202__, upon consideration of the Plaintiff's

Adversary Complaint to Determine Dischargeability of Student Loans, it is hereby ORDERED,

ADJUDGED and DECREED that the student loans referenced in the herein complaint do impose an

undue hardship upon the Debtor/Plaintiff and that the subject student loans are to be included in

Plaintiff's discharge under §727(a)/1328(a).

_____

JEFFERY A. DELLER,

United States Bankruptcy Judge