**Form 165**

**UNITED STATES BANKRUPTCY COURT**   4
**WESTERN DISTRICT OF PENNSYLVANIA**   jfur

In re:
Magdalene A. Grant   **Debtor(s)**

Magdalene A. Grant

   **Plaintiff(s)**

**vs.**

Credit Corp Solutions

   **Defendant(s)**

Bankruptcy Case No.: 26–70161–JAD
Chapter: 7
Adversary Proceeding No.: 26–07005–JAD

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within **Complaint, Summons and First Pretrial Order** by (describe the mode of service):

on the defendant(s) at (List names and addresses here):

Executed on _____   _____
                (Date)   (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)