**Form 158**

**UNITED STATES BANKRUPTCY COURT**     4
**WESTERN DISTRICT OF PENNSYLVANIA**     jfur

In re:                                        Bankruptcy Case No.: 26–70161–JAD
Magdalene A. Grant     **Debtor(s)**          Chapter: 7
                                              Adversary Proceeding No.: 26–07005–JAD

Magdalene A. Grant

   **Plaintiff(s)**
**vs.**
Credit Corp Solutions

   **Defendant(s)**

## SUMMONS IN AN ADVERSARY PROCEEDING

To the Defendant(s):

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its office and agencies shall submit a motion or answer to the complaint within 35 days.

    Address of Clerk          *Clerk, U.S. Bankruptcy Court*
                                 *5414 U.S. Steel Tower*
                                 *600 Grant Street*
                                 *Pittsburgh, PA 15219*

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney     *Shawn N. Wright*
                                      *7240 McKnight Road*
                                      *Pittsburgh, PA 15237*
                                      *412–920–6565*

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Answers are due on or before **7/9/2026.** Failure to file an answer may result in the court entering a default judgment.

Dated: Jun. 9, 2026          Michael R. Rhodes
                                     *Clerk, U.S. Bankruptcy Court*

