**Form 402**

**UNITED STATES BANKRUPTCY COURT**     4
**WESTERN DISTRICT OF PENNSYLVANIA**     jfur

In re:                                                                 Bankruptcy Case No.: 26–70161–JAD
Magdalene A. Grant     **Debtor(s)**                    Chapter: 7
                                                                        Adversary Proceeding No.: 26–07005–JAD

 Magdalene A. Grant

   **Plaintiff(s)**

 **vs.**

 Credit Corp Solutions

   **Defendant(s)**

### FIRST PRETRIAL ORDER (BANKRUPTCY RULE 7016)

**AND NOW, this The 9th of June, 2026,** enclosed are summonses which shall be served by the Plaintiff(s) on each named Defendant(s).

**SERVICE OF THE SUMMONS, TOGETHER WITH A COPY OF YOUR COMPLAINT AND THIS ORDER SHALL BE MADE WITHIN SEVEN (7) DAYS FROM THE DATE OF ISSUANCE.**

**THE PERSON MAKING SERVICE MUST EXECUTE THE CERTIFICATE OF SERVICE ON THE BACK OF THE FIRST PRETRIAL ORDER AND SUMMONS AND AND FILE THE SAME WITH THE CLERK'S OFFICE WITHIN SEVEN (7) DAYS FROM THE DATE OF THIS ORDER. FAILURE TO FILE YOUR CERTIFICATE OF SERVICE WHEN DUE WILL RESULT IN THE DISMISSAL OF THIS PROCEEDING.**

**Should this Adversary Proceeding involve the United States of America or a Federal Agency or Officer as a defendant, you are directed to serve a copy of your Complaint, Summons and Order upon all of the following:**

   a. The agency or officer involved.

   b. The United States Attorney
       633 Joseph F. Weis Jr. United States Courthouse
       Pittsburgh, PA 15219–1955

   c. The Attorney General of the United States
       Civil Division, Bankruptcy Section
       U.S. Department of Justice
       Washington, D.C. 20530

**THE PLEADING MUST SPECIFICALLY IDENTIFY THE FEDERAL AGENCY INVOLVED.**

**FURTHER,** both the Debtor and Debtor's Counsel, and any trustee appointed in the case shall be served when Debtor is a defendant in the case.

If the **CERTIFICATE OF SERVICE IS NOT FILED ON OR BEFORE THE DUE DATE, THIS ACTION WILL BE DISMISSED FOR FAILURE TO PROSECUTE.**

continued on reverse side or next page

**ANSWERS** shall be filed on or before **7/9/2026** .

**IF NO ANSWER IS TIMELY FILED**, counsel to the plaintiff(s) shall file, no later than **7/20/2026** , a Motion for Default Judgment and a proposed Order which, when signed, specifically grants the relief requested. A hearing will be scheduled on the Motion.

**IF A MOTION TO DISMISS THE COMPLAINT OR OTHER PRE–ANSWER MOTION IS FILED,** a hearing on the motion will be scheduled by the Court.

**IF AN ANSWER IS FILED**, an Order setting forth deadlines for discovery and an evidentiary hearing will be entered by the Court.

**PLEADINGS FILED AFTER THE DUE DATE WILL NOT BE CONSIDERED BY THE COURT** unless a motion to extend time has been filed and served and an Order granting such Motion has been signed **PRIOR** to the due date.

**Discovery commences as of the date of this Order.**

Date: Jun. 9, 2026

Jeffery A. Deller
United States Bankruptcy Judge