## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–7 | User: auto | Date Created: 6/9/2026 |
| Case: 26–07005–JAD | Form ID: 402 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty           Shawn N. Wright           shawn@shawnwrightlaw.com

TOTAL: 1