**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Magdalene A. Grant, | ) | Case No. 26-70161 |
| Fka Magdalene A. Green, | ) | Chapter 7 |
| Debtor | ) | |
| | ) | |
| | ) | |
| | ) | |
| Magdalene A. Grant, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No. 26-7005 |
| | ) | |
| v. | ) | |
| | ) | |
| Credit Corp Solutions, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**CERTIFICATE OF SERVICE OF COMPLAINT, SUMMONS AND FIRST PRETRIAL**
**ORDER**

I, the undersigned, certify that I served or caused to be served, on July 1, 2026 a copy of the above pleadings upon each of the following persons and parties in interest at the addresses shown below:

**VIA ELECTRONIC SERVICE**

Office of the United States Trustee

**VIA CERTIFIED MAIL:**

Matthew Angell, President

Credit Corp Solutions

121West Election Road, Suite 200

Draper, UT 84020

Respectfully Submitted,


By: /s/Shawn N. Wright
Shawn Wright, Esquire
Law Office of Shawn Wright
7240 McKnight Road
Pittsburgh PA 15237
(412) 920-6565
shawn@shawnwrightlaw.com